MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

LOWELL C. POWELL (CABN 235446)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 436-7368
    Facsimile:     (415) 436-7234
    Email: lowell.powell2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 11-0180 CRB |
|     Plaintiff, | ) ) ) | |
| v. | ) ) | **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161** |
| ALBERTO BARRAGAN ESQUEVEL,<br>   a/k/a Cruz Barragan Esquivel,<br>   a/k/a Manuel Cardenias, | ) ) ) ) | |
|     Defendant. | ) ) | |

    On March 30, 2011, the parties in this case appeared before the Court. At that time, the Court set the matter to April 13, 2011. The parties have agreed to exclude the period of time between March 30, 2011and April 13, 2011, from any time limits applicable under 18 U.S.C. § 3161. The parties have represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

///

1  At the hearing, the Court made findings consistent with this agreement.

2  SO STIPULATED:

                              MELINDA HAAG
                              United States Attorney

6  DATED: March 30, 2011         _____/s/_____
                              LOWELL C. POWELL
                              Special Assistant United States Attorney

9  DATED: March 30, 2011         _____/s/_____
                              RONALD TYLER
                              Attorney for ALBERTO BARRAGAN ESQUEVEL

### [PROPOSED] ORDER

For the reasons stated above and at the March 30, 2011 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from March 30, 2011 through April 13, 2011 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). The failure to grant the requested exclusion of time would unreasonably deny counsel for the defendant and for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: _03/31/11_____              _____
                              THE HON. JOSEPH C. SPERO
                              United States Magistrate Judge